

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00021-CV

**BOARD OF ADJUSTMENT OF THE CITY OF SAN ANTONIO**,
Appellant

v.

Michael and Theresa **HAYES**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2014CV00284
Honorable David J. Rodriguez, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to September 7, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Albert Lopez                          David Lawrence Earl
        Law Offices of Albert Lopez           Earl and Connelly, PLLC
        14310 Northbrook Dr., Suite 200       601 N. West Loop 410
        San Antonio, TX 78232-5049            Suite 390
                                              San Antonio, TX 78216